Kentucky.gov



# Kentucky Secretary of State
# Michael G. Adams



## PUREM NOVI INC.

| File Amended Annual Report | Change Address or Registered Agent |
| File Certificate of Assumed Name (DBA) | File Withdrawal | File Registered Agent Resignation |
| File Amended Certificate of Authority |

Manage Assumed Name | Print & Mail | Subscribe to changes made to this entity | Certificate of Good Standing

## General Information

| | |
|---|---|
| **Organization Number** | 1138977 |
| **Name** | PUREM NOVI INC. |
| **Name in DE** | Eberspaecher North America, Inc. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Industry** | Transportation Equipment |
| **Number of Employees** | Large (100+) |
| **Primary County** | Jefferson |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | DE |
| **Country** | USA |
| **File Date** | 3/15/2021 10:24:20 AM |
| **Organization Date** | 9/23/1999 |
| **Authority Date** | 3/15/2021 |
| **Last Annual Report** | 6/3/2024 |
| **Principal Office** | 29101 Haggerty Rd<br>Novi, MI 48377 |
| **Registered Agent** | Corporation Service Company<br>421 W Main St<br>Frankfort, KY 40601 |

**EXHIBIT D**

Show Current Officers

Show Initial Officers

Show Images

Show Former Names

Show Assumed Names

Show Activities

Contact    Site Map

Privacy    Security    Disclaimer    Accessibility

© Commonwealth of Kentucky
All rights reserved.

Kentucky Unbridled Spirit

**EXHIBIT D**